IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| WACHOVIA INSURANCE SERVICES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) Civil Action No. 406-CV-083 <br> DAVID E. PADDISON, KAVIN K. SMITH, ) <br> CHARLES STEVEN EAGLE, MICHAEL E. ) <br> BUTLER, MARY DEBORAH RICH, CINDY ) <br> ROBINETT, LOUIS ALLAN REYNOLDS, JR., ) <br> and SEACREST PARTNERS, INC., ) <br> ) <br> Defendants. ) | |

## SECOND MOTION TO QUASH SUBPOENAS AND FOR A PROTECTIVE ORDER

COME NOW David E. Paddison, Kavin K. Smith, Charles Steven Eagle, Michael E. Butler, Mary Deborah Rich, Cindy Robinett, Louis Allan Reynolds, Jr., and Seacrest Partners, Inc. ("Defendants"), pursuant to Rules 26(c) and 45(c)(3) of the Federal Rules of Civil Procedure and file this Second Motion to Quash Subpoenas served by Plaintiff and for a Protective Order limiting the scope of discovery that Plaintiff may seek and to which Defendants and third parties may be compelled to answer, produce or otherwise testify.

Plaintiff's subpoenas and other discovery requests invade the confidential business relationships of the Defendants' and attempt to disrupt and interfere with Defendants' right to operate their business in the free market in an effort to deter Defendants from competing with Plaintiff. Plaintiff and Defendant Seacrest Partners, Inc., ("Seacrest") are both insurance services firms that operate in the Savannah, Georgia, market. The law is clear that Plaintiff should not be allowed to use discovery as a

"fishing expedition" to obtain "confidential commercial information subject to protection[.]" Syposs v. United States, 181 F.R.D. 224, 226-27 (W.D.N.Y. 1998).

First, Defendants move to quash the subpoenas described in correspondence between Plaintiff's counsel and the non-parties described below:

A. SouthCoast Medical Group, LLC (attached to Defendants' Brief in Support of Second Motion to Quash and for Protective Order as **Exhibit A**);

B. Metal Crafts, Inc. (attached to Defendants' Brief in Support of Second Motion to Quash and for Protective Order as **Exhibit B**);

C. MacAljon/SCL, Inc. (attached to Defendants' Brief in Support of Second Motion to Quash and for Protective Order as **Exhibit C**); and

D. Carroll & Carroll, Inc. (attached to Defendants' Brief in Support of Second Motion to Quash and for Protective Order as **Exhibit D**).

E. Hy-Sil Manufacturing Company, Inc. (attached to Defendants' Brief in Support of Second Motion to Quash and for Protective Order as **Exhibit E**).

Second, Defendants move for a Protective Order limiting the scope of discovery that Plaintiff may seek and to which Defendants and third parties may be compelled to answer, produce or otherwise testify. Specifically, Defendants seek to limit Plaintiff's discovery to the extent it seeks information that relates to confidential business relationships of the Defendants' and attempts to disrupt and interfere with Defendants' right to operate their business in the free market.

Defendants acknowledge that to the extent that there is information that relates to contact or communications with the listed clients prior to the execution of an agent or broker or record letter, Defendants agree to work with Plaintiff to locate an independent third party, subject to a confidentiality agreement as it relates to disclosing non-relevant information to Plaintiff, and at Plaintiff's expense, to perform a review of the information under an agreed upon search template and disclose such information to the parties.

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, Defendants attach the Certification of Wiley A. Wasden, III, counsel for Defendants, attached hereto as **Exhibit G**, which certifies that he has in good faith conferred or attempted to confer with Plaintiff's counsel in an effort to resolve the dispute without court action.

Defendant relies on the Brief in Support of Second Motion to Quash Subpoenas and for Protective Order filed herewith and the entire record in this case.

WHEREFORE, Defendants prays that this Court grant its Second Motion to Quash Subpoenas and for Protective Order, order that the subpoenas to SouthCoast Medical Group, LLC, Metal Crafts, Inc. MacAljon/SCL, Inc., Carroll & Carroll, Inc. and Hy-Sil Manufacturing, Inc. be quashed, and order that the scope of discovery that Plaintiff may seek and to which Defendants and third parties may be compelled to answer, produce or otherwise testify be limited to the extent that such discovery seeks information that relates to confidential commercial information.

[Signatures on the following page.]

This 4 day of May, 2006.

                                    BRENNAN & WASDEN, LLP

By:   Wiley A. Wasden, III
       Georgia Bar No. 738750
       J. Curt Thomas
       Georgia Bar No. 142278
       Attorneys for Defendants

Post Office Box 8047
Savannah, Georgia 31412
(912) 232-6700

## CERTIFICATE OF SERVICE

I, J. Curt Thomas, undersigned counsel for Defendants do hereby certify that I have this day served the following Second Motion to Quash Subpoenas and for a Protective Order by placing a copy of the same in the United States Mail with proper postage affixed thereon and addressed as follows:

Eric K. Smith, Esq.<br>
Dionysia L. Johnson-Massie, Esq.<br>
Littler Mendelson, P.C.<br>
3348 Peachtree Road, N.E., Suite 101<br>
Atlanta, GA 30326-1008

DATED this 4th day of May, 2006.

BRENNAN & WASDEN, LLP

By: _____
Wiley A. Wasden, III
Georgia Bar No. 738750
J. Curt Thomas
Georgia Bar No. 142278
Attorneys for Defendants

Post Office Box 8047
Savannah, Georgia 31412
(912) 232-6700